## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    Ronnie Layne Willis                                            Case No. 26-10259-JDW
Bobbie Ann Willis, Debtors                                                 CHAPTER 13

## MOTION TO EXTEND AUTOMATIC STAY

COME NOW Debtors by and through their undersigned attorney, pursuant to 11 U.S.C. §362(c)(3)(B), and respectfully move this court to continue the automatic stay provided under 11 U.S.C. §362(a) as to all creditors, and in support thereof would show:

1. That this Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

2. That on 01/26/2026, Debtors filed the petition for relief under Chapter 13 in the instant cause.

3. That on or about 7/11/2025 Debtors filed a Chapter 13 proceeding, case number 13 and said case dismissed on 1/6/2026.

4. That debtors filed the instant case in good faith and only after a substantial change in the financial and personal affairs of the Debtor.

5. That this motion is not made for the purposes of delay, but in good faith.

WHEREFORE, PREMISES CONSIDERED, Debtors respectfully request the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d). Debtors further requests any additional relief, general or specific, to which they may be entitled.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Ronnie Layne Willis                                                Case No. 26-10259-JDW
Bobbie Ann Willis, Debtors                                                  CHAPTER 13

**DECLARATION IN SUPPORT OF MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

The debtors, in support of the Motion to Extend the Automatic Stay, state as follows:

1. We have personal knowledge of the facts listed in the foregoing situation.

2. We are over the age of 18, of sound mind, are capable of making this Declaration, and are fully competent to testify to the natters stated herein.

3. We filed this bankruptcy petition on 1/26/2026.

4. We previously filed bankruptcy case number 25-12169 under Chapter 13 on 7/11/2025 and that case was dismissed on 1/6/2026.

5. We have had no other pending bankruptcy cases in the preceding one-year period.

6. We have not had any prior cases dismissed in the past year for any of the following reasons:

   - Failure to file or amend the petition or other required documents without substantial excuse;
   - failure to provide adequate protection as ordered by the Court; or
   - failure to perform the terms of a plan confirmed by the Court.

7. We have had a substantial change in our financial or personal affairs since the dismissal of the last case, and we believe that this case will result in a confirmed plan that will be fully performed.

8. Those changes are as follows: In the prior case, the debtors did not fully understand the payment requirements. They now understand that plan payments are required to commence within 30 days of filing. The debtors have sufficient income to make the proposed plan payments going forward.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/26/2026                            /s/ Ronnie Layne Willis
                                                  Ronnie Layne Willis

Executed on: 1/26/2026                            /s/ Bobbie Ann Willis
                                                  Bobbie Ann Willis

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Extend Automatic Stay and Declaration were forwarded on January 26, 2026, to:

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

                                              /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 26-10259 |
|---|---|
| RONNIE LAYNE WILLIS<br>BOBBIE ANN WILLIS | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/26/2026, I did cause a copy of the following documents, described below,

Motion to Extend Stay

Declaration

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/26/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>RONNIE LAYNE WILLIS<br>BOBBIE ANN WILLIS | CASE NO: 26-10259<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 1/26/2026, a copy of the following documents, described below,

Motion to Extend Stay

Declaration

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/26/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 26-10259
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
MON JAN 26 14-14-27 CST 2026

AFFIRM INC
ATTN BANKRUPTCY
650 CALIFORNIA ST FL 12
SAN FRANCISCO CA 94108-2716

ASHLEY FUNDING SERVICES
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

CFNA
ATTN BANKRUPTCY
PO BOX 81315
CLEVELAND OH 44181-0315

CREDIT ACCEPTANCE
ATTN BANKRUPTCY
25505 WEST 12 MILE ROAD STE 3000
SOUTHFIELD MI 48034-8331

DEUTSHCE BANK NATIONAL TRUST CO
CO NEWREZ LLC DBA SHELLPOINT
PO BOX 10826
GREENVILLE SC 29603-0826

FIRST HERITAGE
101 N MAIN ST
STE 600
GREENVILLE SC 29601-4846

FIRST METROPOLITAN
320 SUNSET DR
GRENADA MS 38901-4434

LVNV FUNDING
PO BOX 10587
GREENVILLE SC 29603-0587

MARINER FINANCE
ATTN BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM MD 21236-5904

MONEY MATTERS
255 A SUNSET DR
GRENADA MS 38901-4414

POSSIBLE FINANCIAL INC
LEEZA PARADES
PO BOX 98686
LAS VEGAS NV 89193-8686

RESURGENT RECEIVABLES LLC
PO BOX 10587
GREENVILLE SC 29603-0587

~~EXCLUDE~~
~~THOMAS C ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

SUNBELT FEDERAL CREDIT
6885 US HWY 49
HATTIESBURG MS 39402

~~EXCLUDE~~
~~U S TRUSTEE~~
~~501 EAST COURT STREET SUITE 6430~~
~~JACKSON MS 39201-5022~~

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

VERIZON
BY AIS INFOSOURCE LP
PO BOX 4457
HOUSTON TX 77210-4457

WARE DENTAL FAMILY
2376 SUNSET DR
GRENADA MS 38901-2827

WESTSIDE AUTOMOTIVE FINANCIAL
3300 COMMERCE ST
GRENADA MS 38901-5350

BOBBIE ANN WILLIS
4 MOORE DR
GRENADA MS 38901-9247

DEBTOR

RONNIE LAYNE WILLIS
4 MOORE DR
GRENADA MS 38901-9247