**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Ronnie Layne Willis                                              Case No. 26-10259-JDW
         Bobbie Ann Willis, Debtors                                         CHAPTER 13

## **CERTIFICATE OF SERVICE**

    I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice of Hearing, Motion to Extend Automatic Stay and Declaration were forwarded on January 28, 2026, to:

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

                                           /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr.

CM/ECF hrg8
(Rev. 07/22/16)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Ronnie Layne Willis and Bobbie Ann Willis  
Debtor(s)

Case No.: 26–10259–JDW  
Chapter: 13  
Judge: Jason D. Woodard

PLEASE TAKE NOTICE that a hearing will be held at:

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 2/18/26 at 01:30 PM

Responses Due: 2/12/26

to consider and act upon the following:

*4* – Motion to Extend Automatic Stay under 362(c)(3)(B) Filed by Thomas C. Rollins Jr. on behalf of Bobbie Ann Willis, Ronnie Layne Willis. (Rollins, Thomas)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. If a copy of this motion is desired, it may be requested from the attorney for movant. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 1/27/26

Shallanda J. Clay  
Clerk, U.S. Bankruptcy Court

BY: SI  
Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Ronnie Layne Willis                                      Case No. 26-10259-JDW
         Bobbie Ann Willis, Debtors                                         CHAPTER 13

## MOTION TO EXTEND AUTOMATIC STAY

COME NOW Debtors by and through their undersigned attorney, pursuant to 11 U.S.C. §362(c)(3)(B), and respectfully move this court to continue the automatic stay provided under 11 U.S.C. §362(a) as to all creditors, and in support thereof would show:

1. That this Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

2. That on 01/26/2026, Debtors filed the petition for relief under Chapter 13 in the instant cause.

3. That on or about 7/11/2025 Debtors filed a Chapter 13 proceeding, case number 13 and said case dismissed on 1/6/2026.

4. That debtors filed the instant case in good faith and only after a substantial change in the financial and personal affairs of the Debtor.

5. That this motion is not made for the purposes of delay, but in good faith.

WHEREFORE, PREMISES CONSIDERED, Debtors respectfully request the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d). Debtors further requests any additional relief, general or specific, to which they may be entitled.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Ronnie Layne Willis                                   Case No. 26-10259-JDW
Bobbie Ann Willis, Debtors                                       CHAPTER 13

**DECLARATION IN SUPPORT OF MOTION TO EXTEND THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

The debtors, in support of the Motion to Extend the Automatic Stay, state as follows:

1. We have personal knowledge of the facts listed in the foregoing situation.

2. We are over the age of 18, of sound mind, are capable of making this Declaration, and are fully competent to testify to the natters stated herein.

3. We filed this bankruptcy petition on 1/26/2026.

4. We previously filed bankruptcy case number 25-12169 under Chapter 13 on 7/11/2025 and that case was dismissed on 1/6/2026.

5. We have had no other pending bankruptcy cases in the preceding one-year period.

6. We have not had any prior cases dismissed in the past year for any of the following reasons:

   - Failure to file or amend the petition or other required documents without substantial excuse;
   - failure to provide adequate protection as ordered by the Court; or
   - failure to perform the terms of a plan confirmed by the Court.

7. We have had a substantial change in our financial or personal affairs since the dismissal of the last case, and we believe that this case will result in a confirmed plan that will be fully performed.

8. Those changes are as follows: In the prior case, the debtors did not fully understand the payment requirements. They now understand that plan payments are required to commence within 30 days of filing. The debtors have sufficient income to make the proposed plan payments going forward.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/26/2026               /s/ Ronnie Layne Willis
                                     Ronnie Layne Willis

Executed on: 1/26/2026               /s/ Bobbie Ann Willis
                                     Bobbie Ann Willis

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>RONNIE LAYNE WILLIS<br>BOBBIE ANN WILLIS | CASE NO: 26-10259<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13 |

On 1/28/2026, I did cause a copy of the following documents, described below,

Notice of Hearing

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/28/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| IN RE:<br>RONNIE LAYNE WILLIS<br>BOBBIE ANN WILLIS | CASE NO: 26-10259<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |
|---|---|

On 1/28/2026, a copy of the following documents, described below,

Notice of Hearing

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/28/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING         AFFIRM INC                              ASHLEY FUNDING SERVICES
05371                                    ATTN BANKRUPTCY                         RESURGENT CAPITAL SERVICES
CASE 26-10259-JDW                        650 CALIFORNIA ST FL 12                 PO BOX 10587
NORTHERN DISTRICT OF MISSISSIPPI         SAN FRANCISCO CA 94108-2716             GREENVILLE SC 29603-0587
ABERDEEN
TUE JAN 27 17-19-55 CST 2026
```

EXCLUDE

```
LOCKE D BARKLEY                          CFNA                                    CREDIT ACCEPTANCE
6360 I55 NORTH                           ATTN BANKRUPTCY                         ATTN BANKRUPTCY
SUITE 140                                PO BOX 81315                            25505 WEST 12 MILE ROAD STE 3000
JACKSON MS 39211-2038                    CLEVELAND OH 44181-0315                 SOUTHFIELD MI 48034-8331
```

```
DEUTSHCE BANK NATIONAL TRUST CO          FIRST HERITAGE                          FIRST METROPOLITAN
CO NEWREZ LLC DBA SHELLPOINT             101 N MAIN ST                           320 SUNSET DR
PO BOX 10826                             STE 600                                 GRENADA MS 38901-4434
GREENVILLE SC 29603-0826                 GREENVILLE SC 29601-4846
```

```
LVNV FUNDING                             MARINER FINANCE                         MONEY MATTERS
PO BOX 10587                             ATTN BANKRUPTCY                         255 A SUNSET DR
GREENVILLE SC 29603-0587                 8211 TOWN CENTER DRIVE                  GRENADA MS 38901-4414
                                         NOTTINGHAM MD 21236-5904
```

EXCLUDE

```
(P)POSSIBLE FINANCIAL INC                RESURGENT RECEIVABLES LLC               THOMAS C ROLLINS JR
LEEZA PARADES                            PO BOX 10587                            THE ROLLINS LAW FIRM PLLC
PO BOX 98686                             GREENVILLE SC 29603-0587                PO BOX 13767
LAS VEGAS NV 89193-8686                                                          JACKSON MS 39236-3767
```

EXCLUDE

```
SUNBELT FEDERAL CREDIT                   U S TRUSTEE                             (P)US BANK
6885 US HWY 49                           501 EAST COURT STREET SUITE 6430        PO BOX 5229
HATTIESBURG MS 39402                     JACKSON MS 39201-5022                   CINCINNATI OH 45201-5229
```

```
VERIZON                                  WARE DENTAL FAMILY                      WESTSIDE AUTOMOTIVE FINANCIAL
BY AIS INFOSOURCE LP                     2376 SUNSET DR                          3300 COMMERCE ST
PO BOX 4457                              GRENADA MS 38901-2827                   GRENADA MS 38901-5350
HOUSTON TX 77210-4457
```

DEBTOR

```
BOBBIE ANN WILLIS                        RONNIE LAYNE WILLIS
4 MOORE DR                               4 MOORE DR
GRENADA MS 38901-9247                    GRENADA MS 38901-9247
```