CM/ECF hrg8
(Rev. 07/22/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:   Ronnie Layne Willis and Bobbie Ann     )     Case No.: 26−10259−JDW
        Willis                                                                  )     Chapter: 13
        Debtor(s)                                                        )     Judge: Jason D. Woodard
                                               )
                                               )

    PLEASE TAKE NOTICE that a hearing will be held at:

    Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

    on 2/18/26 at 01:30 PM

    Responses Due: 2/12/26

    to consider and act upon the following:

    *4 −* Motion to Extend Automatic Stay under 362(c)(3)(B) Filed by Thomas C. Rollins Jr. on behalf of Bobbie Ann Willis, Ronnie Layne Willis. (Rollins, Thomas)

    Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. If a copy of this motion is desired, it may be requested from the attorney for movant. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 1/27/26

                                               Shallanda J. Clay
                                               Clerk, U.S. Bankruptcy Court
                              BY: SI
                                    Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

In re:  
Ronnie Layne Willis  
Bobbie Ann Willis  
    Debtors

Case No. 26-10259-JDW  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0537-1     User: autodocke     Page 1 of 2  
Date Rcvd: Jan 27, 2026     Form ID: hrg8     Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronnie Layne Willis, Bobbie Ann Willis, 4 Moore Dr, Grenada, MS 38901-9247 |
| 4637565 | + | First Metropolitan, 320 Sunset Dr, Grenada, MS 38901-4434 |
| 4637568 | + | Money Matters, 255 A Sunset Dr, Grenada, MS 38901-4414 |
| 4637571 | | Sunbelt Federal Credit, 6885 US Hwy 49, Hattiesburg, MS 39402 |
| 4637574 | + | Ware Dental Family, 2376 Sunset Dr, Grenada, MS 38901-2827 |
| 4637575 | + | Westside Automotive Financial, 3300 Commerce St, Grenada, MS 38901-5350 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4637559 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 28 2026 00:01:07 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 4637560 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2026 00:01:13 | Ashley Funding Services, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 4637561 | + | Email/Text: BKPT@cfna.com | Jan 27 2026 23:49:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 4637562 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 27 2026 23:49:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 4637563 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 27 2026 23:49:00 | Deutshce Bank National Trust Co, c/o NewRez LLC dba Shellpoint, P.O. Box 10826, Greenville, SC 29603-0826 |
| 4637564 | + | Email/Text: bankruptcy@curo.com | Jan 27 2026 23:50:00 | First Heritage, 101 N Main St, Ste 600, Greenville, SC 29601-4846 |
| 4637566 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2026 00:01:07 | LVNV Funding, P.O. Box 10587, Greenville, SC 29603-0587 |
| 4637567 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 27 2026 23:49:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 4637569 | | Email/Text: bankruptcy@possiblefinance.com | Jan 27 2026 23:49:00 | Possible Finance, Attn: Bankruptcy Department, Po Box 98686, Las Vegas, NV 89193 |
| 4637570 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2026 00:01:13 | Resurgent Receivables, LLC, P.O. Box 10587, Greenville, SC 29603-0587 |
| 4637572 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 27 2026 23:50:00 | US Bank, P.O. Box 108, Saint Louis, MO 63166-0108 |
| 4637573 | | Email/PDF: ebn_ais@aisinfo.com | Jan 28 2026 00:01:08 | Verizon, by AIS InfoSource LP, P.O. Box 4457, Houston, TX 77210-4457 |

TOTAL: 12

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor Bobbie Ann Willis trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Debtor Ronnie Layne Willis trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4