CM/ECF volpmd
(Rev. 01/03/17)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In Re:  Ronnie Layne Willis and Bobbie Ann Willis<br>Debtor(s) | Case No.: 26−10259−JDW<br>Chapter: 13<br>Judge: Jason D. Woodard |

## ORDER AND NOTICE AS TO DEFICIENCY(IES) AND PROPOSED DISMISSAL OF CASE

Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) has 14 days from the date of filing the above−captioned case to file the required paperwork and pay fees as applicable. The Court will not routinely grant extensions of time to file such paperwork. A motion for extension must be supported by good cause.

In order for this case to be administered, it is necessary that the documents described below be filed within 14 days:

> Aty Disclosure Stmt. due 02/09/2026
> Chapter 13 Plan due 02/09/2026
> Summary of Schedules due 02/09/2026
> Schedule A/B due 02/09/2026
> Schedule C due 02/09/2026
> Statement of Financial Affairs due 02/09/2026
> Schedule D due 02/09/2026
> Ch 13 − Proper 122C form(s) due 02/09/2026
> Schedule E/F due 02/09/2026
> Schedule G due 02/09/2026
> Schedule H due 02/09/2026
> Schedule I due 02/09/2026
> Sch J (and J−2 If Applicable) due 02/09/2026

If the required paperwork and/or fees are not timely filed and/or paid by 2/9/26 the Court will enter an ex parte order dismissing the case without further hearing.

Dated and Entered: 1/27/26

Jason D. Woodard
Judge, U.S. Bankruptcy Court

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 26-10259-JDW |
| Ronnie Layne Willis | Chapter 13 |
| Bobbie Ann Willis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0537-1     User: autodocke     Page 1 of 2
Date Rcvd: Jan 27, 2026     Form ID: ntcdef     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

**Recip ID     Recipient Name and Address**
db/jdb     + Ronnie Layne Willis, Bobbie Ann Willis, 4 Moore Dr, Grenada, MS 38901-9247

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:

**Name     Email Address**

Locke D. Barkley
    Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com

Thomas C. Rollins, Jr.
    on behalf of Joint Debtor Bobbie Ann Willis trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.
    on behalf of Debtor Ronnie Layne Willis trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee
    USTPRegion05.AB.ECF@usdoj.gov

District/off: 0537-1 User: autodocke Page 2 of 2
Date Rcvd: Jan 27, 2026 Form ID: ntcdef Total Noticed: 1
TOTAL: 4