# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI (Aberdeen)

| | |
|---|---|
| IN RE:  Ronnie Layne Willis<br>*aka* Ronnie Layne Willis, Sr<br>Bobbie Ann Willis<br><br>DEBTORS. | CASE NO. 26-10259-JDW<br><br><br><br>CHAPTER 13 |

## NOTICE OF APPEARANCE

Comes now SARAH DUNAGAN LABOSIER, an attorney authorized to practice in this Court, and files her notice of appearance on behalf of NEWREZ LLC, AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-C, ASSET BACKED PASS-THROUGH CERTIFICATES, pursuant to Rule 9010 (b), Federal Rules of Bankruptcy Procedure. Please direct all future notices to which NEWREZ LLC, AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-C, ASSET BACKED PASS-THROUGH CERTIFICATES, is entitled to the address below.

Dated this 2nd day of February, 2026.

OF COUNSEL:
PADGETT LAW GROUP
6267 Old Water Oak Road
Suite 203
Tallahassee, FL 32312
850-422-2520
Sarah.Labosier@padgettlawgroup.com

BY:  /s/ Sarah Dunagan Labosier
SARAH DUNAGAN LABOSIER
MS Bar No. 103522
Attorney for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the attorney of record for Debtors, Thomas C. Rollins, Jr., trollins@therollinsfirm.com, the Trustee of record, Locke D. Barkley, sbeasley@barkley13.com, and U.S. Trustee, USTPRegion05.AB.ECF@usdoj.gov, electronically through the Court's electronic filing system.

Dated this 2nd day of February, 2026.

/s/ Sarah Dunagan Labosier
MS Bar No. 103522
SARAH DUNAGAN LABOSIER