IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:       Ronnie Layne Willis                                           Case No. 26-10259-JDW
           Bobbie Ann Willis, Debtors                                                  CHAPTER 13

## MOTION TO EXTEND DEADLINE
## TO FILE CHAPTER 13 SCHEDULES

COME NOW the debtors by and through their attorney, and file this Motion to Extend Time to File Chapter 13 Schedules and would respectfully show the following:

1. That the debtors filed their Chapter 13 Petition on 01/26/2026.
2. That the schedules are due 02/09/2026.
3. That the debtors need additional time to complete their schedules.
4. That the debtors request until 02/23/2026 to file their schedules.

Respectfully Submitted,

By: /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr. (MSBN 103469)
    Jennifer A Curry Calvillo (MSBN 104367)
    The Rollins Law Firm, PLLC
    P.O. Box 13767
    Jackson, MS 39236
    601-500- 5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Motion on this date, February 6, 2026.  All interested parties will receive CM/ECF from the Court.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.