# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                      CHAPTER 13 CASE NO.:

**RONNIE LAYNE WILLIS AND**
**BOBBIE ANN WILLIS**                                                         26-10259-JDW

## LIMITED OBJECTION TO MOTION TO EXTEND TIME (DKT. #11)

COMES NOW the Chapter 13 Trustee, Locke D. Barkley (the "Trustee"), by and through counsel, and files this Limited Objection to the Motion to Extend Time (Dkt. #11) (the "Motion") filed by the Debtors and requests that the Motion and the Trustee's Limited Objection be considered on an expedited basis and in support thereof states as follows:

1. The Debtors initiated this proceeding with the filing of a voluntary petition on January 26, 2026.

2. To comply with Rule 2003(a), the Trustee must set the Section 341(a) Meeting of Creditors (the "341 Meeting") for March 12, 2026. For the proper notice of the 341 Meeting, all Schedules, Statements, Chapter 13 Plan, and any other required forms (the "Documents") must be filed no later than February 16, 2026.

3. The Trustee has no objection to an extension of time to file the Documents; however, the extension should be limited to February 16, 2026.

4. The Trustee requests that any order granting an extension be limited as set forth above and provide that the failure of the Debtors to file the Documents timely will result in the dismissal of this case without further notice or hearing.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Court enter its order granting the Motion on a limited basis as set forth herein. The Trustee prays for other such general or specific relief to which she and this bankruptcy estate may be entitled.

Dated: February 9, 2026.

Respectfully submitted,

**LOCKE D. BARKLEY**
**CHAPTER 13 TRUSTEE**

By: /s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
mvardaman@barkley13.com

**CERTIFICATE OF SERVICE**

I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Dated: February 9, 2026.

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN