# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: RONNIE LAYNE WILLIS, SR.**           Bankruptcy No. 26-10259-JDW
       **BOBBIE ANN WILLIS**

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Pursuant to Bankruptcy Rules 2002 and 9010, B. Joey Hood, II of the law firm of B. Joey Hood II, Attorney at Law, PLLC, hereby enters his appearance as attorney for First Metropolitan Financial Services, Inc. - Grenada Branch, and requests that all documents, pleadings, and mailings be sent to B. Joey Hood II, Attorney at Law, PLLC.

Please add the following names and address to the list of creditors:

> B. Joey Hood, II
> B. Joey Hood II, Attorney at Law, PLLC
> Attorney for  First Metropolitan Financial Services, Inc.
> Grenada Branch
> Post Office Box 759
> Ackerman, MS 39735
> (662) 285-4663

Date: February 12, 2026

                                                /s/ B. Joey Hood, II
                                                B. Joey Hood, II

## CERTIFICATE OF SERVICE

I, B. Joey Hood, II, attorney for First Metropolitan Financial Services, Inc. - Grenada Branch, do hereby certify that the following have been served electronically via ECF with a copy of the above document.

1. Thomas Carl Rollins, Jr.    trollins@therollinslawfirm.com

2. U.S. Trustee    USTPRegion05.AB.ECF@usdoj.gov

3. Locke D. Barkley    sbeasley@barkley13.com

Date: February 12, 2026

/s/ B. Joey Hood, II
B. Joey Hood, II

B. Joey Hood, II
Attorney at Law, PLLC
Post Office Box 759
Ackerman, MS 39735
Telephone (662) 285-4663
notices@jhoodlaw.com
MBN: 101147