

**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    Ronnie Layne Willis                                          Case No. 26-10259-JDW
          Bobbie Ann Willis, Debtors                                    CHAPTER 13

### ORDER EXTENDING TIME TO FILE SCHEDULES

(JDW)

**THIS CAUSE** having come on this day for consideration by the court having considered the Motion to Extend Deadline to File Chapter 13 Schedules (Dkt #__11__); ~~being fully advised in the premises~~ finds that the Motion ~~is well taken and~~ should be granted.

**IT IS THEREFORE ORDERED** that the debtors have until 02/~~23~~**16**/2026 to file the Chapter 13 Schedules, failing which this case may be dismissed without further notice.

###END OF ORDER###

Agreed by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533
trollins@therollinsfirm.com