Certificate Number: 17082-MSN-DE-040616726

Bankruptcy Case Number: 26-10259



17082-MSN-DE-040616726

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2026, at 1:09 o'clock AM MST, RONNIE L WILLIS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date: February 13, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director