# United States Bankruptcy Court
## Northern District of Mississippi

| In re | **Ronnie Layne Willis** | | Case No. | **26-10259** |
|---|---|---|---|---|
| | **Bobbie Ann Willis** | | | |
| | | Debtor(s) | Chapter | **13** |

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **February 17, 2026**

**/s/ Ronnie Layne Willis**
**Ronnie Layne Willis**
Signature of Debtor

Date:  **February 17, 2026**

**/s/ Bobbie Ann Willis**
**Bobbie Ann Willis**
Signature of Debtor

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108


Ashley Funding Services
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603


Asthma Alergy Clinic***
1513 Lakeland Dr
Suite 101
Jackson, MS 39216


CashApp***
1955 Broadway, Suite 6
Oakland, CA 94612


CFNA
Attn: Bankruptcy
Po Box 81315
Cleveland, OH 44181


City of Grenada***
Water Dept
116 Main St
Grenada, MS 38901


Credit Acceptance
Attn: Bankruptcy
25505 West 12 Mile Road Ste 3000
Southfield, MI 48034


Credit First***
P.O. Box 81307
Cleveland, OH 44181


Credit One***
PO Box 98872
Las Vegas, NV 89193

Deutshce Bank National Trust Co
c/o NewRez LLC dba Shellpoint
P.O. Box 10826
Greenville, SC 29603


First Heritage
101 N Main St
Ste 600
Greenville, SC 29601


First Metropolitan
320 Sunset Dr
Grenada, MS 38901


IRhythm***
Dept Ch 19717
Palatine, IL 60055


Lab Corp***
P.O. Box 2240
Burlington, NC 27216


Liberty Finance Co***
254 S Main St
Grenada, MS 38901


LVNV Funding
P.O. Box 10587
Greenville, SC 29603


Mariner Finance
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236


Money Matters
255 A Sunset Dr
Grenada, MS 38901


Possible Finance
Attn: Bankruptcy Department
Po Box 98686
Las Vegas, NV 89193

Resurgent Receivables, LLC
P.O. Box 10587
Greenville, SC 29603


Sparklight Cable***
P.O. Box 9001009
Louisville, KY 40290-1009


State Farm Bank***
P.O. Box 5961
Madison, WI 53705-0961


Sunbelt Federal Credit
6885 US Hwy 49
Hattiesburg, MS 39402


Synchrony***
Attn: Bankruptcy
PO Box 955060
Orlando, FL 32896-5060


US Bank
P.O. Box 108
Saint Louis, MO 63166-0108


Verizon
by AIS InfoSource LP
P.O. Box 4457
Houston, TX 77210-4457


Ware Dental Family
2376 Sunset Dr
Grenada, MS 38901


Westside Automotive Financial
3300 Commerce St
Grenada, MS 38901