_____



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                    CHAPTER 13 CASE NO.:

**RONNIE LAYNE WILLIS and**
**BOBBIE ANN WILLIS**                                     **26-10259-JDW**

## AGREED ORDER

THIS MATTER came before the Court on the Joint *Ore Tenus* Motion of the above-named Debtor[1] and Locke D. Barkley, the Chapter 13 Trustee (the "Trustee"), for entry of this Agreed Order and the provisions contained therein as agreed upon by the Debtor and the Trustee. The Court does hereby order as follows:

1.  In the event a secured creditor with a security interest in the Debtor's principal residence (the "Mortgage Creditor") files a Notice of Post-Petition Fees, Expenses, and Charges pursuant to Rule 3002.1(c) of the Federal

---

[1] The above-referenced Debtor or Debtors shall be referred to herein in the singular as Debtor unless specified otherwise.

1

Rules of Bankruptcy Procedure (the "PPFEC"), the Debtor hereby acknowledges and consents to the payment of each PPFEC in full by the Trustee pursuant to 11 U.S.C. § 1326(b)(1). Nothing contained in this Agreed Order shall serve as a waiver of the Debtor's right to object to the PPFEC within one (1) year pursuant to Rule 3002.1(e) of the Federal Rules of Bankruptcy Procedure.

2. The Trustee is hereby authorized to adjust the Debtor's plan payment as may be necessary to comply with the terms of this Agreed Order.

## ##END OF ORDER##

**AGREED & APPROVED:**

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN
ATTORNEY FOR TRUSTEE

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTORS

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392