# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI

In re: Ronnie Layne Willis and Bobbie Ann Willis  **CHAPTER 13**
Debtors  **CASE NO. 26-10259-JDW**

## OBJECTION TO CHAPTER 13 PLAN CONFIRMATION

**COMES NOW**, First Heritage ("Objector"), a secured creditor herein, and objects to confirmation of the Chapter 13 Plan on the following grounds:

1. Objector holds a claim against the Debtor which is secured by the following: John Deere mower (the "Property").

2. The amount owed to Objector is approximately $9,657.51 plus interest.

3. Debtor's Chapter 13 Plan proposes to pay Objector $2,500.00 with an interest rate of 8.5%.

4. The amount of the secured claim that should be paid to Objector is approximately $4,000.00 plus interest.

**WHEREFORE, PREMISES CONSIDERED,** Objector files its Objection to Chapter 13 Plan Confirmation and prays for a payment on its claim of approximately $4,000.00 plus interest, and for such other and more general relief as is just.

Respectfully submitted,

**BENNETT LOTTERHOS SULSER
& WILSON, P.A.**

/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:      (601) 944-0467
cbarbour@blswlaw.com

## **CERTIFICATE OF SERVICE**

I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Thomas Carl Rollins, Jr. at trollins@therollinsfirm.com

Locke D. Barkley sbeasley@barkley13.com

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

/s/ Charles Frank Fair Barbour