**UNITED STATES BANKRUPTCY COURT FOR THE**
**NORTHERN DISTRICT OF MISSISSIPPI**

In re: Ronnie Layne Willis and Bobbie Ann Willis         CHAPTER 13
    Debtors        CASE NO. 26-10259-JDW

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, First Heritage, a party to a contested matter Miss. Bankr. L.R. 9014(c) makes the following disclosures:

The following entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interests are listed below:

    a.    CURO Group Holdings Corp.

                                        Respectfully submitted,

                                        **BENNETT LOTTERHOS SULSER**
                                        **& WILSON, P.A.**

                                        /s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com