

**SO ORDERED,**

**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                                CHAPTER 13 CASE NO.:

**RONNIE LAYNE WILLIS and**
**BOBBIE ANN WILLIS**                                                   **26-10259-JDW**

**CONSENT ORDER REGARDING FILING OF REQUIRED TAX RETURNS**

THIS MATTER came before the Court on the request of the parties for the entry of an order to address the filing of prepetition tax returns as required by 11 U.S.C. §§ 1325(a)(9) and 1308. At this time, the Debtor[1] has not filed the required tax returns for the 2025 tax year; however, the deadline for filing such returns, April 15, 2026, has not yet passed. The parties recognize that the filing of all prepetition tax returns is a requirement for confirmation; therefore, the parties agree that the entry of this order is necessary. The agreement of the parties, as expressed herein, is hereby approved by the Court.

IT IS THEREFORE ORDERED AND ADJUDGED that the Debtor shall file all required tax returns for the 2025 tax year on or before April 15, 2026, subject to the other

---

[1] The above-referenced Debtor or Debtors shall be referred to herein in the singular as Debtor unless specified otherwise.

provisions of this Order. A redacted copy of the 2025 Federal tax return must be provided to the Trustee within fourteen (14) business days following the filing of such return.

IT IS THEREFORE ORDERED AND ADJUDGED that if the Debtor obtains an automatic extension for the filing of Federal tax returns using IRS Form 4868, the Debtor shall provide the Trustee with a copy of IRS Form 4868. Such proof must be provided to the Trustee within fourteen (14) business days following the filing of IRS Form 4868. In the case of an extension, the Debtor shall file all required tax returns for the 2025 tax year on or before October 15, 2026. A redacted copy of the 2025 Federal tax return must be provided to the Trustee within fourteen (14) business days following the filing of such return.

IT IS FURTHER ORDERED that the failure of the Debtor to comply with the terms of this Order may result in the denial of confirmation and dismissal of this bankruptcy case without the necessity of further notice or hearing.

### ### END OF ORDER ###

**AGREED & APPROVED:**

/s/ Melanie T. Vardaman
W. JEFFREY COLLIER
MELANIE T. VARDAMAN
ATTORNEYS FOR TRUSTEE
6360 I-55 North, Suite 140
Jackson, Mississippi 39211
(601) 355-6661
ssmith@barkley13.com


/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTORS