CM/ECF hrg4
(Rev. 08/02/16)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re: Ronnie Layne Willis and Bobbie Ann )    Case No.: 26–10259–JDW
      Willis )    Chapter: 13
      Debtor(s) )    Judge: Jason D. Woodard
                              )
                              )

PLEASE TAKE NOTICE that an evidentiary hearing will be held at:

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 4/14/26 at 01:30 PM

to consider and act upon the following:

**30 –** Objection to Confirmation of Chapter 13 Plan Filed by Charles F. Barbour on
behalf of First Heritage (Barbour, Charles)

Please note that a corporation, partnership, trust, or other business entity, other than a sole
proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 3/16/26

            Shallanda J. Clay
            Clerk, U.S. Bankruptcy Court

            BY: MDH
                Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                    Case No. 26-10259-JDW

Ronnie Layne Willis                                                                       Chapter 13

Bobbie Ann Willis

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 16, 2026 | Form ID: hrg4 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

**Recip ID                          Recipient Name and Address**
db/jdb                          + Ronnie Layne Willis, Bobbie Ann Willis, 4 Moore Dr, Grenada, MS 38901-9247

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

**Name                          Email Address**

B. Joey Hood, II
    on behalf of Creditor First Metropolitan Financial Services  Inc. - Grenada Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com;cynthiah@ecf.courtdrive.com;notices@ecf.courtdrive.com

Charles F. Barbour
    on behalf of Creditor First Heritage cbarbour@blswlaw.com

Locke D. Barkley
    Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com

Sarah Dunagan Labosier
    on behalf of Creditor NewRez LLC  as servicer for Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates sarah.labosier@padgettlawgroup.com, bkcourtmail@smpclaw.com

Thomas C. Rollins, Jr.

District/off: 0537-1                          User: autodocke                          Page 2 of 2

Date Rcvd: Mar 16, 2026                       Form ID: hrg4                           Total Noticed: 1

on behalf of Joint Debtor Bobbie Ann Willis trollins@therollinsfirm.com
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRol
lins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.

on behalf of Debtor Ronnie Layne Willis trollins@therollinsfirm.com
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRol
lins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee

USTPRegion05.AB.ECF@usdoj.gov


TOTAL: 7