

SO ORDERED,

Judge Jason D. Woodard

United States Bankruptcy Judge

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                    CHAPTER 13 CASE NO.:

**RONNIE LAYNE WILLIS and**
**BOBBIE ANN WILLIS**                                     **26-10259-JDW**

### CONSENT ORDER REGARDING FILING OF REQUIRED TAX RETURNS

THIS MATTER came before the Court on the request of the parties for the entry of

an order to address the filing of prepetition tax returns as required by 11 U.S.C. §§

1325(a)(9) and 1308. At this time, the Debtor[1] has not filed the required tax returns for the

2025 tax year; however, the deadline for filing such returns, April 15, 2026, has not yet

passed. The parties recognize that the filing of all prepetition tax returns is a requirement

for confirmation; therefore, the parties agree that the entry of this order is necessary. The

agreement of the parties, as expressed herein, is hereby approved by the Court.

IT IS THEREFORE ORDERED AND ADJUDGED that the Debtor shall file all

required tax returns for the 2025 tax year on or before April 15, 2026, subject to the other

---

[1] The above-referenced Debtor or Debtors shall be referred to herein in the singular as Debtor unless specified otherwise.

1

provisions of this Order. A redacted copy of the 2025 Federal tax return must be provided to the Trustee within fourteen (14) business days following the filing of such return.

IT IS THEREFORE ORDERED AND ADJUDGED that if the Debtor obtains an automatic extension for the filing of Federal tax returns using IRS Form 4868, the Debtor shall provide the Trustee with a copy of IRS Form 4868. Such proof must be provided to the Trustee within fourteen (14) business days following the filing of IRS Form 4868. In the case of an extension, the Debtor shall file all required tax returns for the 2025 tax year on or before October 15, 2026. A redacted copy of the 2025 Federal tax return must be provided to the Trustee within fourteen (14) business days following the filing of such return.

IT IS FURTHER ORDERED that the failure of the Debtor to comply with the terms of this Order may result in the denial of confirmation and dismissal of this bankruptcy case without the necessity of further notice or hearing.

### ### END OF ORDER ###

**AGREED & APPROVED:**

/s/ Melanie T. Vardaman
W. JEFFREY COLLIER
MELANIE T. VARDAMAN
ATTORNEYS FOR TRUSTEE
6360 I-55 North, Suite 140
Jackson, Mississippi 39211
(601) 355-6661
ssmith@barkley13.com


/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTORS

United States Bankruptcy Court

Northern District of Mississippi

In re:

Ronnie Layne Willis

Bobbie Ann Willis

    Debtors

Case No. 26-10259-JDW

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0537-1            User: autodocke            Page 1 of 2

Date Rcvd: Mar 16, 2026         Form ID: pdf0003         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

**Recip ID**            **Recipient Name and Address**
db/jdb               +   Ronnie Layne Willis, Bobbie Ann Willis, 4 Moore Dr, Grenada, MS 38901-9247

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

**Name**            **Email Address**

B. Joey Hood, II

       on behalf of Creditor First Metropolitan Financial Services Inc. - Grenada Branch cynthiah@jhoodlaw.com,
notices@jhoodlaw.com;cynthiah@ecf.courtdrive.com;notices@ecf.courtdrive.com

Charles F. Barbour

       on behalf of Creditor First Heritage cbarbour@blswlaw.com

Locke D. Barkley

       Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com

Sarah Dunagan Labosier

       on behalf of Creditor NewRez LLC as servicer for Deutsche Bank National Trust Company, as Trustee for New Century Home
Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates sarah.labosier@padgettlawgroup.com,
bkcourtmail@smpclaw.com

Thomas C. Rollins, Jr.

District/off: 0537-1                                      User: autodocke                                      Page 2 of 2

Date Rcvd: Mar 16, 2026                                  Form ID: pdf0003                                     Total Noticed: 1

on behalf of Joint Debtor Bobbie Ann Willis trollins@therollinsfirm.com
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRol
lins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.

on behalf of Debtor Ronnie Layne Willis trollins@therollinsfirm.com
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRol
lins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee

USTPRegion05.AB.ECF@usdoj.gov


TOTAL: 7