**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF MISSISSIPPI

**In re: Ronnie Layne Willis and Bobbie Ann Willis**          **CHAPTER 13**
    **Debtors**          **CASE NO. 26-10259-JDW**

### AGREED ORDER ON OBJECTION TO PLAN [Dkt #30]

**CAME BEFORE THIS COURT** on Objection of First Heritage ("Objector") to the Chapter 13 Plan, and based upon the agreement of the parties, the Court does hereby find that the parties agree as follows:

1.      That Objector holds a claim against Debtor which is secured by the following: John Deere mower (the "Property").

2.      That the proposed payment on the Property should be amended from $2,500.00 to $4,000.00 with interest at the rate of 8.5% per annum.

3.      That the balance of Objector's claim shall be treated as a general unsecured claim.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Objection is hereby sustained as stated herein.

**IT IS FURTHER ORDERED AND ADJUDGED** that the proposed payment on the Property against which Objector has a claim as shown in the Debtor's Chapter 13 Plan is hereby amended from $2,500.00 to $4,000.00 with interest at the rate of 8.5% per annum and that the balance of Objector's claim shall be treated as a general unsecured claim.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Chapter 13 Trustee shall amend the wage order as needed to comply with the terms of this Agreed Order, and any other figures requiring adjustment as a result of this amendment shall be adjusted accordingly.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Agreed Order shall be applicable to any subsequently filed amended or modified Chapter 13 Plan.

**##END OF ORDER##**

AGREED AND APPROVED
AS TO FORM


/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Objector


/s/ Thomas Carl Rollins, Jr. (w/permission CB)
Thomas Carl Rollins, Jr.
Attorney for Debtor


/s/ Melanie T. Vardaman (w/permission CB) for
Locke D. Barkley
Bankruptcy Trustee


Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:    (601) 944-0466
Facsimile:    (601) 944-0467
cbarbour@blswlaw.com

2