MSNB Form Date: 12/1/2023

**United States Bankruptcy Court**
**Northern District of Mississippi**

In re: __Ronnie Layne Willis, Sr._____      Case No.: __26-10259-JDW__

__Bobbie Ann Willis_____

*Debtor(s)*      Chapter: _____

### Corporate Ownership Statement

    Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
__First Metropolitan Financial Services, Inc._____, a

[Name of Corporate Party]

**[Check One]**

☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRPB 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☐   The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

>  

**OR**

☑   There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: __03/26/2026__      __/s/ B. Joey Hood, II_____
                                    Attorney Signature

                                    __B. Joey Hood, II_____    __101147___
                                    Attorney Name             State Bar Number

                                    __P.O. Box 759_____
                                    Address

                                    __Ackerman, MS 39735_____
                                    City, State, and Zip Code

                                    __(662) 285-4663_____    __notices@jhoodlaw.com_____
                                    Telephone Number               Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**