**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: RONNIE LAYNE WILLIS, SR.            Bankruptcy No.  26-10259-JDW
      BOBBIE ANN WILLIS

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW, First Metropolitan Financial Services, Inc. - Grenada Branch ("First Metropolitan") by and through its attorney of record and files this, its Objection to Confirmation of Chapter 13 Plan as to the Creditor's treatment for the purpose of plan confirmation and would respectfully show unto the Court, as follows:

1.       On or about January 26, 2026, Debtor filed a petition for bankruptcy pursuant to Chapter 13 of the United States Bankruptcy Code.  As of the date of filing, Debtor is indebted to First Metropolitan in the sum of $3,852.18 on Account #4704, plus interest accruing thereafter, late fees, attorney's fees, and other expenses.

2.       First Metropolitan's claim is secured by a lien recorded on the title to a 2004 Chevrolet Silverado; VIN: 1GCHC23G14F100013. A copy of the documentation evidencing First Metropolitan's lien is attached hereto and made apart of the same as if copied in full herein. The value of the collateral securing the debt exceeds the proposed value under the Plan and makes First Metropolitan fully secured.

3.       First Metropolitan denies that all the collateral is exempt as listed in the proposed plan and  objects to Debtor's claim of exemption for that property which is not exempt pursuant to Miss Code Ann. § 85-3-1, et seq. or other applicable law.  First Metropolitan denies that the lien on Debtor's property impairs all exemptions to which debtor would be entitled under 11 U.S.C. § 522(b).

4.       To the extent that First Metropolitan is not paid the replacement value of its collateral

with interest, First Metropolitan rejects debtor's plan.

5.      First Metropolitan further objects to any amended and/or altered plan that has been

or may be filed in this case.

6.      And for other grounds to be shown at hearing hereof.

**WHEREFORE, PREMISES CONSIDERED,** First Metropolitan Financial Services, Inc. -

Grenada Branch requests that this Court to deny confirmation of Debtor's proposed plan and

treatment and that First Metropolitan be paid in full at a rate according to the proper valuation and

for other relief as is good and equitable and grant such other relief as is necessary under the

circumstances.

Dated: March 26, 2026

First Metropolitan Financial Services, Inc.
Grenada Branch

BY:     /s/ B. Joey Hood, II
B. Joey Hood, II - Its Attorney

B. Joey Hood, II
Attorney at Law, PLLC
Post Office Box 759
Ackerman, MS 39735
Telephone (662) 285-4663
notices@jhoodlaw.com
MBN: 101147

## CERTIFICATE OF SERVICE

I, B. Joey Hood, II,  attorney for First Metropolitan Financial Services, Inc. - Grenada

Branch, do hereby certify that the following have been served electronically via ECF with a copy of

this objection to confirmation.

| | | | |
|---|---|---|---|
| 1. | Thomas Carl Rollins, Jr. | trollins@therollinslawfirm.com |
| 2. | U.S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |
| 3. | Locke D. Barkley | sbeasley@barkley13.com |

Date:   March 26, 2026


/s/ B. Joey Hood, II
B. Joey Hood, II

B. Joey Hood, II
Attorney at Law, PLLC
Post Office Box 759
Ackerman, MS 39735
Telephone (662) 285-4663
notices@jhoodlaw.com
MBN: 101147