

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: RONNIE LAYNE WILLIS                    **Bankruptcy No. 26-10259-JDW**
BOBBIE ANN WILLIS

### AGREED ORDER

This matter came on before the Court on the Objection to Confirmation (Docket No. 41) filed by First Metropolitan Financial Services - Grenada Branch ("First Metropolitan"), and parties having announced agreement as to the disputed issues between them, the Court does hereby sustain the Objection and Orders as follows:

The Debtors' plan shall be and is hereby amended to pay First Metropolitan $3,852.18 plus 8.5% interest for its secured claim over the plan term. ( Claim #13 )

That the Chapter 13 Trustee shall amend Debtors' wage order as needed to comply with the terms of this Order.

### ## *END OF ORDER* ##

**SUBMITTED BY:**                                   **AGREED AND APPROVED**:

/s/ Thomas Carl Rollins, Jr. ( with permission )

***/s/ B. Joey Hood, II***

B. Joey Hood, II                                    Thomas Carl Rollins, Jr.
Attorney for Creditor                               Attorney for Debtors
Post Office Box 759 / 33 E Quinn Street
Ackerman, MS 39735
Telephone (662) 285-4663                            /s/ Melanie T. Vardaman on behalf of: (with permission)
notices@jhoodlaw.com
MBN: 101147                                         Locke D. Barkley
                                                    Chapter 13 Trustee