SO ORDERED,



Judge Jason D. Woodard

United States Bankruptcy Judge

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: RONNIE LAYNE WILLIS            **Bankruptcy No. 26-10259-JDW**
       BOBBIE ANN WILLIS

## AGREED ORDER

This matter came on before the Court on the Objection to Confirmation (Docket No. 41) filed by First Metropolitan Financial Services - Grenada Branch ("First Metropolitan"), and parties having announced agreement as to the disputed issues between them, the Court does hereby sustain the Objection and Orders as follows:

The Debtors' plan shall be and is hereby amended to pay First Metropolitan $3,852.18 plus 8.5% interest for its secured claim over the plan term. ( Claim #13 )

That the Chapter 13 Trustee shall amend Debtors' wage order as needed to comply with the terms of this Order.

## END OF ORDER ##

**SUBMITTED BY:**                 **AGREED AND APPROVED:**

*/s/ B. Joey Hood, II*            /s/ Thomas Carl Rollins, Jr. ( with permission)
B. Joey Hood, II                  Thomas Carl Rollins, Jr.
Attorney for Creditor             Attorney for Debtors
Post Office Box 759 / 33 E Quinn Street
Ackerman, MS 39735
Telephone (662) 285-4663        /s/ Melanie T. Vardaman on behalf of: (with permission)
notices@jhoodlaw.com           Locke D. Barkley
MBN: 101147                   Chapter 13 Trustee

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                    Case No. 26-10259-JDW

Ronnie Layne Willis                                                          Chapter 13

Bobbie Ann Willis

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 20, 2026 | Form ID: pdf0003 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2026:**

**Recip ID                              Recipient Name and Address**
db/jdb                         + Ronnie Layne Willis, Bobbie Ann Willis, 4 Moore Dr, Grenada, MS 38901-9247
cr                                First Metropolitan Financial Services, Inc. - Gren, 320 Sunset Srive, Grenada, MS 38901

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2026 at the address(es) listed below:**

**Name                              Email Address**

B. Joey Hood, II
                                   on behalf of Creditor First Metropolitan Financial Services  Inc. - Grenada Branch cynthiah@jhoodlaw.com,
                                   notices@jhoodlaw.com;cynthiah@ecf.courtdrive.com;notices@ecf.courtdrive.com

Charles F. Barbour
                                   on behalf of Creditor First Heritage cbarbour@blswlaw.com

Locke D. Barkley
                                   Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com

Sarah Dunagan Labosier
                                   on behalf of Creditor NewRez LLC  as servicer for Deutsche Bank National Trust Company, as Trustee for New Century Home
                                   Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates sarah.labosier@padgettlawgroup.com,
                                   bkcourtmail@smpclaw.com

District/off: 0537-1                          User: autodocke                                Page 2 of 2
Date Rcvd: Apr 20, 2026                        Form ID: pdf0003                            Total Noticed: 2

Thomas C. Rollins, Jr.
                    on behalf of Joint Debtor Bobbie Ann Willis trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRol
                    lins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.
                    on behalf of Debtor Ronnie Layne Willis trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRol
                    lins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee
                    USTPRegion05.AB.ECF@usdoj.gov


TOTAL: 7