# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                CHAPTER 13 CASE NO:

**RONNIE LAYNE WILLIS**                                                       **26-10259-JDW**
**4 MOORE DR**
**GRENADA, MS 38901**

---

### NOTICE TO DEBTOR

---

NOTICE is hereby given that your plan payment will change from **$3,494.00 MONTHLY** to **$3,154.50 MONTHLY** effective in **05/2026**.

The reason for the changes in your plan payment is:

_____   Due to a change in your monthly mortgage payment.

XX   Due to a claim being filed for a different amount than scheduled.

_____   Due to entry of an order.

_____   Other: _____

**If you are paying by automatic draft**, please be sure there are sufficient funds in your account to satisfy the new payment.

**If you are paying via TFS**, it is your responsibility to update the payment amount via the TFS website.

**If you are paying direct**, please be aware that the Trustee does not accept personal checks.  You can remit payments online through https://tfsbillpay.com or mail guaranteed funds, in the form of a cashier's check or money order with your case number & last name in the description line, to:

Locke D. Barkley, Chapter 13 Trustee
P.O. Box 1859
Memphis, TN 38101

Should you have any questions concerning this, please contact your attorney.

Date:  May 8, 2026

Sincerely,

/s/Locke D. Barkley
Chapter 13 Trustee

CC:      THOMAS C ROLLINS JR
         THE ROLLINS LAW FIRM PLLC
         PO BOX 13767
         JACKSON, MS 39236

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  May 8, 2026

/s/ Locke D. Barkley
CHAPTER 13 TRUSTEE