**SO ORDERED,**

 

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **IN RE:** | **Ronnie Layne Willis** | **Case No. 26-10259-JDW** |
| | **Bobbie Ann Willis, Debtors** | **Chapter 13** |

## ORDER CONFIRMING CHAPTER 13 PLAN

The debtors' plan was filed on 02/17/2026 and amended/modified by subsequent order(s) of the court, if any.  The plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

IT IS ORDERED THAT:

1. The debtors' chapter 13 plan attached hereto is confirmed.
2. The following motions are granted *(if any)*:
   a. Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims made under Rule 3012 (§ 3.2 of the plan);
   b. Motion to avoid lien pursuant to Section 522 (§ 3.4 of the plan).
3. The stay under Section 362(a) is terminated as to the collateral only and the stay under Section 1301 is terminated in all respects regarding collateral listed in Section 3.5 of the plan *(if any)*.
4. All property shall remain property of the estate and shall vest in the debtor only upon entry of discharge. The debtor shall be responsible for the preservation and protection of all property of the estate not transferred to the trustee.
5. The debtors' attorney is awarded a fee in the amount of $4,600.00 of which $2,023.00 is due and payable from the estate.

### ##*END OF ORDER*##

Approved:

**/s/ Thomas C. Rollins, Jr.**

Thomas C. Rollins, Jr. (MSBN 103469) Attorney for the Debtor

Submitted by:

Locke D. Barkley, Ch. 13 Trustee
6360 I-55 N, Ste 140
Jackson, MS 39211
(601) 355-6661

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Ronnie Layne Willis** |
| | Full Name (First, Middle, Last) |
| Debtor 2 | **Bobbie Ann Willis** |
| (Spouse, if filing) | Full Name (First, Middle, Last) |
| United States Bankruptcy Court for the | **NORTHERN DISTRICT OF MISSISSIPPI** |
| Case number: | **26-10259** |
| (If known) | |

☑ Check if this is an amended plan, and list below the sections of the plan that have been changed.
**2.2, 3.2**

## Chapter 13 Plan and Motions for Valuation and Lien Avoidance

**12/17**

---

Part 1:   **Notices**

**To Debtors:**   **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.**

In the following notice to creditors, you must check each box that applies

**To Creditors:**   **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☐ Included | ☑ Not Included |

Part 2:   **Plan Payments and Length of Plan**

**2.1      Length of Plan.**

The plan period shall be for a period of __**60**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2      Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __$3,154.50__ (☑ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

**Direct.**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | **Ronnie Layne Willis** | Case number | **26-10259** |
|---|---|---|---|
| | **Bobbie Ann Willis** | | |

Joint Debtor shall pay _____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

**2.3    Income tax returns/refunds.**

*Check all that apply*

☑  Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐  Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐  Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
*Check one.*

☑  **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**Part 3:    Treatment of Secured Claims**

**3.1    Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*

☐  **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.1(a)**    **Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. §
☑  1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

**1**    Mtg pmts to    **Deutshce Bank National Trust Co**
Beginning    **June 2026**    @    $930.60    ☑ Plan    ☐ Direct.    Includes escrow ☑ Yes ☐ No

**1**    Mtg arrears to    **Deutshce Bank National Trust Co**    Through    **May 2026**    $27,316.59

**3.1(b)** ☐    **Non-Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

Property **-NONE-**
address:
Mtg pmts to
Beginning    month    @    Plan    Direct.    Includes escrow  Yes  No

Property **-NONE-**  Mtg arrears to    Through

**3.1(c)** ☐    **Mortgage claims to be paid in full over the plan term:** Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor.

Creditor:    **-NONE-**    Approx. amt. due:    Int. Rate*:

Property Address:
Principal Balance to be paid with interest at the rate above:
(as stated in Part 2 of the Mortgage Proof of Claim Attachment)
Portion of claim to be paid without interest: $
(Equal to Total Debt less Principal Balance)

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | **Ronnie Layne Willis** | Case number | **26-10259** |
|---|---|---|---|
| | **Bobbie Ann Willis** | | |

Special claim for taxes/insurance: $ _____ **-NONE-** /month, beginning ___ month .
(as stated in Part 4 of the Mortgage Proof of Claim Attachment)

\* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District
*Insert additional claims as needed.*

**3.2** **Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims. *Check one.*.**

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

☑ Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| ***Credit Acceptance | $2,632.63 | 2005 Cadillac CTS 97,500 miles | $500.00 | $500.00 | 8.50% |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| ***Credit Acceptance | $17,059.93 | 2013 Land Rover Range Rover 130,725 miles | $6,350.00 | $6,350.00 | 8.50% |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| ***First Heritage | $6,357.51 | 2022 John Deere 54" Accel Deep Mower | DKT 38<br>$4,000.00 | $4,000.00 | 8.50% |

| Name of creditor | Estimated amount of cr        al claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| First Metropolitan | $3,852.18 | 2004 Chevy Silverado | DKT 45<br>$3,852.18 | $3,852.18 | 8.50% |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning |
|---|---|---|---|
| **-NONE-** | | | month |

\* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | **Ronnie Layne Willis** | Case number | **26-10259** |
|---|---|---|---|
| | **Bobbie Ann Willis** | | |

For vehicles identified in § 3.2: The current mileage is _____

**3.3    Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

☐    **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
☑    The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling.

| Name of Creditor | Collateral | Amount of claim | Interest rate* |
|---|---|---|---|
| **State Farm Bank** | **2014 Chevy Impala 27,500 miles** | **$20,000.00** | **8.50%** |
| **Westside Automotive Financial** | **2016 Cadillac CT6 130,000 miles** | **$18,224.14** | **8.50%** |

*Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District.

*Insert additional claims as needed.*

**3.4    Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*

☑    **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5    Surrender of collateral.**

*Check one.*

☐    **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
☑    The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| **Westside Automotive Financial** | **2017 BMW X5 205,000 miles** |

*Insert additional claims as needed.*

| Part 4: | **Treatment of Fees and Priority Claims** |
|---|---|

**4.1    General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2    Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3    Attorney's fees.**

☑ No look fee:    **4,600.00**

Total attorney fee charged:        $**4,600.00**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | **Ronnie Layne Willis** | Case number | **26-10259** |
| | **Bobbie Ann Willis** | | |

Attorney fee previously paid: $**2,577.00**

Attorney fee to be paid in plan per confirmation order: $**2,023.00**

☐ Hourly fee: $_____. (Subject to approval of Fee Application.)

**4.4    Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☑ **None**. If "None" is checked, the rest of § 4.4 need not be completed or reproduced.

**4.5    Domestic support obligations.**

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

| Part 5: | **Treatment of Nonpriority Unsecured Claims** |

**5.1    Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*
☐ The sum of $
☑    **100.00**    % of the total amount of these claims, an estimated payment of $_____
☐ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**19,590.76** Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2    Other separately classified nonpriority unsecured claims (special claimants).** *Check one*.

☑ **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

| Part 6: | **Executory Contracts and Unexpired Leases** |

**6.1    The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

| Part 7: | **Vesting of Property of the Estate** |

**7.1    Property of the estate will vest in the debtor(s) upon entry of discharge.**

| Part 8: | **Nonstandard Plan Provisions** |

**8.1    Check "None" or List Nonstandard Plan Provisions**
☑ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

| Part 9: | **Signatures:** |

**9.1    Signatures of Debtor(s) and Debtor(s)' Attorney**
*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

X    **/s/ Ronnie Layne Willis**                          X    **/s/ Bobbie Ann Willis**
**Ronnie Layne Willis**                                        **Bobbie Ann Willis**

Software Copyright (c) 1996-2026  Best Case, LLC - www.bestcase.com

Debtor       **Ronnie Layne Willis**                                    Case number       **26-10259**
             **Bobbie Ann Willis**

Signature of Debtor 1                                   Signature of Debtor 2

Executed on      **March 17, 2026**                    Executed on      **March 19, 2026**

**4 Moore Dr**                                         **4 Moore Dr**
Address                                                Address
**Grenada MS 38901-0000**                             **Grenada MS 38901-0000**
City, State, and Zip Code                             City, State, and Zip Code

Telephone Number                                      Telephone Number

X    **/s/ Thomas C. Rollins, Jr.**                   Date    **March 19, 2026**
     **Thomas C. Rollins, Jr. 103469**
Signature of Attorney for Debtor(s)
**P.O. Box 13767**
**Jackson, MS 39236**
Address, City, State, and Zip Code
**601-500-5533**                                      **103469 MS**
Telephone Number                                      MS Bar Number
**trollins@therollinsfirm.com**
Email Address

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                      Case No. 26-10259-JDW

Ronnie Layne Willis                                                            Chapter 13

Bobbie Ann Willis

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0537-1                           User: autodocke                                  Page 1 of 3

Date Rcvd: May 11, 2026                    Form ID: pdf0004                         Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronnie Layne Willis, Bobbie Ann Willis, 4 Moore Dr, Grenada, MS 38901-9247 |
| 4644818 | + | Asthma Alergy Clinic, 1513 Lakeland Dr, Suite 101, Jackson, MS 39216-4829 |
| 4644820 | + | City of Grenada, Water Dept, 116 Main St, Grenada, MS 38901-2622 |
| 4637565 | + | First Metropolitan, 320 Sunset Dr, Grenada, MS 38901-4434 |
| 4644823 | + | IRhythm, Dept Ch 19717, Palatine, IL 60055-0001 |
| 4644825 | + | Liberty Finance Co, 254 S Main St, Grenada, MS 38901-3224 |
| 4637568 | + | Money Matters, 255 A Sunset Dr, Grenada, MS 38901-4414 |
| 4639630 | #+ | NewRez LLC, as servicer for Deutsche Bank National, c/o Sarah Dunagan Labosier, Padgett Law Group, 4245 Balmoral Drive SW, Suite 101 Huntsville, AL 35801-6497 |
| 4644826 | | Sparklight Cable, P.O. Box 9001009, Louisville, KY 40290-1009 |
| 4637571 | | Sunbelt Federal Credit, 6885 US Hwy 49, Hattiesburg, MS 39402 |
| 4651194 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 4637572 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, P.O. Box 108, Saint Louis, MO 63166-0108 |
| 4637574 | + | Ware Dental Family, 2376 Sunset Dr, Grenada, MS 38901-2827 |
| 4637575 | + | Westside Automotive Financial, 3300 Commerce St, Grenada, MS 38901-5350 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4637559 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 11 2026 23:40:05 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 4637560 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2026 23:40:05 | Ashley Funding Services, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 4637561 | + | Email/Text: BKPT@cfna.com | May 11 2026 23:39:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 4642950 | | Email/Text: ebnnotifications@creditacceptance.com | May 11 2026 23:39:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD, MI 48034 |
| 4655811 | | Email/Text: BKPT@cfna.com | May 11 2026 23:39:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 4644819 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | May 11 2026 23:39:00 | CashApp***, 1955 Broadway, Suite 6, Oakland, CA 94612-2205 |
| 4637562 | + | Email/Text: ebnnotifications@creditacceptance.com | May 11 2026 23:39:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 4644821 | + | Email/Text: BKPT@cfna.com | May 11 2026 23:39:00 | Credit First***, P.O. Box 81307, Cleveland, OH |

District/off: 0537-1                    User: autodocke                           Page 2 of 3

Date Rcvd: May 11, 2026                 Form ID: pdf0004                        Total Noticed: 38

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 44181-0307 |
| 4644822 | + | Email/PDF: creditonebknotifications@resurgent.com | May 11 2026 23:39:58 | Credit One***, PO Box 98872, Las Vegas, NV 89193-8872 |
| 4637563 | + | Email/Text: mtgbk@shellpointmtg.com | May 11 2026 23:39:00 | Deutshce Bank National Trust Co, c/o NewRez LLC dba Shellpoint, P.O. Box 10826, Greenville, SC 29603-0826 |
| 4651254 | + | Email/Text: bankruptcy@curo.com | May 11 2026 23:39:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 4637564 | + | Email/Text: bankruptcy@curo.com | May 11 2026 23:39:00 | First Heritage, 101 N Main St, Ste 600, Greenville, SC 29601-4846 |
| 4643025 | + | Email/Text: notices@jhoodlaw.com | May 11 2026 23:39:00 | First Metropolitan Financial Services, Inc., c/o B. Joey Hood, II, Grenada Branch, Post Office Box 759, Ackerman, MS 39735-0759 |
| 4644824 | | Email/Text: govtaudits@labcorp.com | May 11 2026 23:39:00 | Lab Corp***, P.O. Box 2240, Burlington, NC 27216 |
| 4644827 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | May 11 2026 23:39:00 | State Farm Bank***, P.O. Box 5961, Madison, WI 53705-0961 |
| 4637566 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2026 23:39:58 | LVNV Funding, P.O. Box 10587, Greenville, SC 29603-0587 |
| 4644630 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2026 23:39:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4637567 | + | Email/Text: bankruptcy@marinerfinance.com | May 11 2026 23:39:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 4660182 | + | Email/Text: bankruptcy@marinerfinance.com | May 11 2026 23:39:00 | Mariner Finance, 8110 Corporate Dr, Nottingham, MD 21236-5034 |
| 4637569 | | Email/Text: bankruptcy@possiblefinance.com | May 11 2026 23:39:00 | Possible Finance, Attn: Bankruptcy Department, Po Box 98686, Las Vegas, NV 89193 |
| 4637570 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2026 23:39:58 | Resurgent Receivables, LLC, P.O. Box 10587, Greenville, SC 29603-0587 |
| 4644631 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2026 23:39:58 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4644828 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 11 2026 23:39:57 | Synchrony***, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 4651194 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 11 2026 23:39:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 4637572 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 11 2026 23:39:00 | US Bank, P.O. Box 108, Saint Louis, MO 63166-0108 |
| 4637573 | | Email/PDF: ebn_ais@aisinfo.com | May 11 2026 23:39:58 | Verizon, by AIS InfoSource LP, P.O. Box 4457, Houston, TX 77210-4457 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4644680 | * | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0537-1                              User: autodocke                                        Page 3 of 3
Date Rcvd: May 11, 2026                          Form ID: pdf0004                                    Total Noticed: 38

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026                              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| B. Joey Hood, II | on behalf of Creditor First Metropolitan Financial Services  Inc. - Grenada Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com;cynthiah@ecf.courtdrive.com;notices@ecf.courtdrive.com |
| Charles F. Barbour | on behalf of Creditor First Heritage cbarbour@blswlaw.com |
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Sarah Dunagan Labosier | on behalf of Creditor NewRez LLC  as servicer for Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates sarah.labosier@padgettlawgroup.com, bkcourtmail@smpclaw.com |
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor Bobbie Ann Willis trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Debtor Ronnie Layne Willis trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 7