**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Ronnie Layne Willis                     Case No. 26-10259-JDW
        Bobbie Ann Willis, Debtors                           CHAPTER 13

## NOTICE

Debtors have filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
US Bankruptcy Courthouse
703 Hwy 145 North
Aberdeen, MS 39730

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: July 24, 2026          Signature:   /s/ Thomas C. Rollins, Jr.
                                      Thomas C. Rollins, Jr. (MSBN 103469)
                                      Jennifer Ann Curry Calvillo (MSBN 104367)
                                      The Rollins Law Firm, PLLC
                                      P.O. Box 13767
                                      Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Ronnie Layne Willis                                      Case No. 26-10259-JDW
   Bobbie Ann Willis, Debtors                          CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COME NOW, Debtors, by and through counsel, and move this Court to modify their

Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on 01/26/2026 by filing a voluntary petition for

   relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors no longer use the 2013 Range Rover ("Vehicle") which is currently being

   paid through the Chapter 13 Plan.

3. Debtors wish to surrender the Vehicle to the Creditor, Credit Acceptance

   Corporation ("Creditor").

4. Debtors wish for Trustee to cease ongoing payments to Creditor's secured claim.

   Creditor should be allowed to file a deficiency claim upon the sale of the vehicle.

5. A Supplemental Schedule I and J (Dk #50) has been filed evidencing Debtors'

   current income and expenses.

6. Debtors respectfully requests that the Court authorize the payment of only those

   claims that were timely filed in this bankruptcy case

7. Debtors request that the Trustee adjust the Chapter 13 Plan payment to the

   amount necessary to discontinue further distributions to the Creditor while

   continuing distributions only on timely filed allowed priority and secured claims

   in accordance with the terms of the confirmed Chapter 13 Plan.

8.  Debtors wish for the Trustee to cure any deficiency including ongoing mortgage

payments paid through the plan, if one exists, and adjust the wage order as

needed.

WHEREFORE, Debtors pray that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on July 24, 2026, to:

By USPS First Class Mail, Postage Prepaid:

Credit Acceptance Corporation
25505 W 12 Mile Rd
Southfield, MI 48034

Credit Acceptance Corporation
c/o Corporation Service Company
109 Executive Drive, Suite 3
Madison, MS 39110

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.