<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor 1</td><td>Ronnie Layne Willis aka Ronnie Layne Willis, Sr</td></tr>
<tr><td>Debtor 2</td><td>Bobbie Ann Willis</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: Northern District of Mississippi</td></tr>
<tr><td colspan="2">Case number :   26-10259-JDW</td></tr>
</table>

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| Name of creditor: | **Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates** | Court claim no. (if known): | **16** |
|---|---|---|---|

**Last 4 digits** of any number you use to identify the debtor's account:      **3354**

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice.

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | Amount |
|---|---|---|
| Late Charges | | $0.00 |
| Non-sufficient funds (NSF) fees | | $0.00 |
| Attorney Fees | | $0.00 |
| Filing fees and court costs | | $0.00 |
| Bankruptcy/Proof of claim fees | 04/03/2026 | $175.00 |
| Appraisal/Broker`s price opinion fees | | $0.00 |
| Property Inspection Fees | | $0.00 |
| Tax Advances (Non-Escrow) | | $0.00 |
| Insurance Advances (Non-Escrow) | | $0.00 |
| Property preservation expenses. Specify: | | $0.00 |
| Other. Specify: Plan Review Fees | 02/18/2026 | $175.00 |
| Other. Specify: 410A Fee | | $0.00 |
| Other. Specify: Objection to Confirmation | | $0.00 |
| Other. Specify: | | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Ronnie Layne Willis aka Ronnie Layne Willis, Sr      Case Number: 26-10259-JDW
       First Name          Middle Name         Last Name

**Part 2:**  Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Hannah Ackley                                                      Date  06/01/2026
    Signature

Print:  Hannah Ackley                                          Title  Authorized Agent for Creditor

Company        Padgett Law Group

Address        6267 Old Water Oak Road, Suite 203

                Tallahassee FL, 32312

Contact phone        (850) 422-2520              Email              PLGinquiries@padgettlawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**In Re;**

**Ronnie Layne Willis**                                        **Case No.: 26-10259-JDW**
*aka* **Ronnie Layne Willis, Sr**
**Bobbie Ann Willis**

**Debtor(s)**                                                        **Chapter: 13**

**CERTIFICATE OF SERVICE**

I, hereby certify that on 8/03/2026 a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

**Service by U.S. First Class Mail**

**Debtor**
Ronnie Layne Willis
4 Moore Dr
Grenada, MS 38901
aka Ronnie Layne Willis, Sr

**Co-Debtor**
Bobbie Ann Willis
4 Moore Dr
Grenada, MS 38901

**By Electronic Mail**
**Attorney for Debtor**
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Trustee**
Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

**US Trustee**
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

/s/ Hannah Ackley