**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

IN RE:
**RONNIE LAYNE WILLIS**                                    **CASE NO. 26-10259-JDW**
**BOBBIE ANN WILLIS**
   **Debtors.**                                                **CHAPTER 13**

**MOTION FOR RELIEF FROM STAY**

**COMES NOW**, Credit Acceptance Corp., and moves this Honorable Court for the entry

of an order granting it relief from the automatic stay and for grounds would state as follows:

1.      The Court has jurisdiction under 28 U.S.C. §1334 and 11 U.S.C. §362.

2.      On January 13, 2023, Ronnie Layne Willis ("Debtor") and Bobbie Ann Willis

("Joint Debtor") executed and delivered a Retail Installment Sale Contract ("Contract") to Kirk

Brothers Pre-Owned LLC, simultaneously assigned to Credit Acceptance Corp. ("Creditor"), for

the purchase of a 2013 Land Rover Range Rover Evoque, VIN: SALVT1BG9DH779766

("Vehicle"). By entering the Contract, the Debtors promised to make total payments of

$36,788.40 by remitting 66 consecutive monthly installments of $557.40 beginning February 13,

2023.

3.      A true and correct copy of the Contract and Certificate of Title evidencing the

Creditor's lien on the Vehicle is attached hereto as Exhibit "A."

4.      The Debtors filed the instant bankruptcy case on January 26, 2026 ("Bankruptcy

Case"). The Debtors' Motion to Modify Plan proposes to surrender the Vehicle under Number 3

on the Motion [Doc. No. 51]

5.      The Debtors have defaulted on the Contract by failing to remit timely payments.

The Debtors have failed to remit the July 13, 2025, through July 13, 2026, payments. The total

1

amount past due is $7,192.64. As of August 6, 2026, the payoff is $17,898.48.

6. There is no equity in the Vehicle for the benefit of the Debtors or Debtors' creditors. Creditors have not been offered adequate protection. A true and correct copy of the NADA evidencing the value of the Vehicle is attached hereto as Exhibit "B."

7. The Creditor seeks relief from the automatic stay to effectuate the surrender of the Vehicle pursuant to the proposed Plan.

8. The Creditor requests this court waive the fourteen (14) day "stay" in accordance with Fed. R. Bankr. P. 4001(a)(4).

9. Should this Honorable Court deny the Creditor's Motion for Relief from Automatic Stay the Creditor would request that this Honorable Court direct that the stay shall be immediately lifted, without further order or notice, as to the Creditor in the event that the Debtors should default on any future payments.

10. The Creditor has had to incur additional expense in order to collect this post-petition debt in the form of attorney fees and costs and requests this Court award the Creditor reasonable Attorney's fees and costs associated with this matter.

**WHEREFORE**, after notice and a hearing, Credit Acceptance Corp., requests the entry of an order granting it relief from the automatic stay.

Respectfully submitted this, the
 7th day of August 2026.

/s/ Kent D. McPhail
Kent D. McPhail
(MS Bar 2800)
Attorney for Creditor
P.O. Box 870
Mobile, Alabama 36601
Phone (251) 438-2333
kent@mslawyers.law

2

## <u>CERTIFICATE OF SERVICE</u>

I, Kent D. McPhail, do hereby certify that I have, on this  _7th_ day of August 2026, served a copy of the above and foregoing Motion for Relief from Stay and Exhibits A and B to the parties listed below by the service method indicated:

U.S. MAIL, FIRST CLASS POSTAGE PREPAID
**Debtors**
Ronnie Layne Willis
Bobbie Ann Willis
4 Moore Drive
Grenada, MS 38901

ECF FILING NOTIFICATION
**Attorney for Debtors**
Tomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com

ECF FILING NOTIFICATION
**Chapter 13 Trustee**
Locke D. Barkley
6360 I-55 North, Suite 140
Jackson, MS 39211
Ecf_lbarkley13@brkley13.com

ECF FILING NOTIFICATION
**U.S. Trustee**
501 East Court Street, Suite 6-430
Jackson, MS 39201
USTPRegion05.AB.ECF@usdoj.gov

/s/ Kent D. McPhail
Kent D. McPhail