**JD Power Used Cars/Trucks**

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2013 Land Rover Range Rover Evoque Utility 2D Dynamic 4WD 2.0L I4 Turbo |
| Region: | Southeastern |
| Period: | August 5, 2026 |
| VIN: | SALVT1BG9DH779766 |
| Mileage: | 157,500 |
| Base MSRP: | $44,145 |
| Typically Equipped MSRP: | $53,940 |
| Weight: | 3,615 |



## JD Power Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $1,125 | N/A | -$125 | **$1,000** |
| Average Trade-In | $2,050 | N/A | -$125 | **$1,925** |
| Clean Trade-In | $2,825 | N/A | -$125 | **$2,700** |
| Clean Loan | $2,550 | N/A | -$125 | **$2,425** |
| Clean Retail | $4,575 | N/A | -$150 | **$4,425** |
| **Weekly Auction** | | | | |
| Low | $425 | N/A | N/A | **$425** |
| Average | $2,025 | N/A | N/A | **$2,025** |
| High | $3,650 | N/A | N/A | **$3,650** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Blind Spot Monitor | w/body | w/body |
| HID Headlamps | w/body | w/body |
| Navigation System | w/body | w/body |
| W/out Heated Front Seats [VIN Precision+] | -$125 | -$150 |

JD Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2026 JD Power