CM/ECF hrg13
(Rev. 07/22/16)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  Ronnie Layne Willis and Bobbie Ann | ) | Case No.: 26−10259−JDW |
| Willis | ) | Chapter: 13 |
| Debtor(s) | ) | Judge: Jason D. Woodard |
| | ) | |
| | ) | |

PLEASE TAKE NOTICE that a hearing will be held at:

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 9/2/26 at 01:30 PM

Responses Due: 8/26/26

to consider and act upon the following:

*53* − Motion for Relief from Stay 2013 Land Rover Range Rover Evoque, VIN: SALVT1BG9DH779766. Filed by Kent D. McPhail on behalf of Credit Acceptance Corp.. (Attachments: # 1 Exhibit # 2 Exhibit) (McPhail, Kent)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 8/7/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: LRR
    Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 26-10259-JDW |
| Ronnie Layne Willis | Chapter 13 |
| Bobbie Ann Willis | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: Aug 07, 2026 | Form ID: hrg13 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2026:**

**Recip ID               Recipient Name and Address**
db/jdb              + Ronnie Layne Willis, Bobbie Ann Willis, 4 Moore Dr, Grenada, MS 38901-9247

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2026 at the address(es) listed below:**

**Name                          Email Address**

B. Joey Hood, II
                    on behalf of Creditor First Metropolitan Financial Services  Inc. - Grenada Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com;cynthiah@ecf.courtdrive.com;notices@ecf.courtdrive.com

Charles F. Barbour
                    on behalf of Creditor First Heritage cbarbour@blswlaw.com

Kent D. McPhail
                    on behalf of Creditor Credit Acceptance Corp. bankruptcynotices@mslawyers.law  KentMcPhailAssociatesLLC@jubileebk.net

Locke D. Barkley
                    Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com

Sarah Dunagan Labosier
                    on behalf of Creditor NewRez LLC  as servicer for Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates sarah.labosier@padgettlawgroup.com,

District/off: 0537-1                          User: autodocke                                    Page 2 of 2

Date Rcvd: Aug 07, 2026                       Form ID: hrg13                                Total Noticed: 1

bkcourtmail@smpclaw.com

Thomas C. Rollins, Jr.

on behalf of Joint Debtor Bobbie Ann Willis trollins@therollinsfirm.com
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRol
lins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.

on behalf of Debtor Ronnie Layne Willis trollins@therollinsfirm.com
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRol
lins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee

USTPRegion05.AB.ECF@usdoj.gov


TOTAL: 8