**SO ORDERED,**

**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Ronnie Layne Willis**
**Bobbie Ann Willis, Debtors**

**Case No. 26-10259-JDW**
**CHAPTER 13**

**ORDER MODIFYING CHAPTER 13 PLAN**

THIS CAUSE having come on this date on the Debtors' Motion to Modify Plan (DK #**51**), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Modify Plan is granted. This Order binds those creditors and parties in interest that have been properly served. Debtor shall surrender the 2013 Range Rover to the Creditor, Credit Acceptance Corporation. Trustee shall cease ongoing payments to Creditor for the Vehicle. Trustee is authorized to adjust the Chapter 13 Plan payment to the amount necessary to discontinue further distributions to the Creditor while continuing distributions only on timely filed allowed priority and secured claims in accordance with the terms of the confirmed Chapter 13 Plan and to cure any deficiency if it exists. Debtor must make payments as specified by modification. ***The creditor may file an***
(JDW) ***amended proof of claim for any deficiency balance that remains after disposition of the collateral.***

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR