**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

| | |
|---|---|
| **RONNIE LAYNE WILLIS** | **CASE NO. 26-10259-JDW** |
| **BOBBIE ANN WILLIS** | |
| **Debtors.** | **CHAPTER 13** |

## DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This matter is before the Court on the Motion of Credit Acceptance Corp., for relief from the automatic stay of 11 U.S.C. §362 (Dkt. #53). Movant represented to the Court that it served the Motion in accordance with all applicable rules. No timely response was filed. Accordingly, the Motion is granted.

IT IS THEREFORE ORDERED and ADJUDGED that Movant is granted relief from the automatic stay of 11 U.S.C. §362 as to the following property: 2013 Land Rover Range Rover Evoque, VIN: SALVT1BG9DH779766.

**Remainder of page intentionally left blank.**

Creditor may file an amended proof of claim after liquidation of the collateral and that claim may be allowed as an unsecured deficiency claim.

##END OF ORDER##

PREPARED AND SUBMITTED

/s/ Kent D. McPhail
Kent D. McPhail MS Bar 2800
McPhail Sanchez, LLC
126 Government St (36602)
P O Box 870
Mobile AL 36601
(251) 438-2333
kent@mslawyers.law