**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

| | |
|---|---|
| **RONNIE LAYNE WILLIS** | **CASE NO. 26-10259-JDW** |
| **BOBBIE ANN WILLIS** | |
| **Debtors.** | **CHAPTER 13** |

**DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

This matter is before the Court on the Motion of Credit Acceptance Corp., for relief from the automatic stay of 11 U.S.C. §362 (Dkt. #53). Movant represented to the Court that it served the Motion in accordance with all applicable rules. No timely response was filed. Accordingly, the Motion is granted.

IT IS THEREFORE ORDERED and ADJUDGED that Movant is granted relief from the automatic stay of 11 U.S.C. §362 as to the following property: 2013 Land Rover Range Rover Evoque, VIN: SALVT1BG9DH779766.

**Remainder of page intentionally left blank.**

Creditor may file an amended proof of claim after liquidation of the collateral and that claim may be allowed as an unsecured deficiency claim.

##END OF ORDER##

PREPARED AND SUBMITTED

/s/ Kent D. McPhail
Kent D. McPhail MS Bar 2800
McPhail Sanchez, LLC
126 Government St (36602)
P O Box 870
Mobile AL 36601
(251) 438-2333
kent@mslawyers.law

United States Bankruptcy Court
Northern District of Mississippi

In re:
Ronnie Layne Willis
Bobbie Ann Willis
Debtors

Case No. 26-10259-JDW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Aug 28, 2026 Form ID: pdf0003 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronnie Layne Willis, Bobbie Ann Willis, 4 Moore Dr, Grenada, MS 38901-9247 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Credit Acceptance Corp. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor First Metropolitan Financial Services Inc. - Grenada Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com;cynthiah@ecf.courtdrive.com;notices@ecf.courtdrive.com |
| Charles F. Barbour | on behalf of Creditor First Heritage cbarbour@blswlaw.com |
| Kent D. McPhail | on behalf of Creditor Credit Acceptance Corp. bankruptcynotices@mslawyers.law KentMcPhailAssociatesLLC@jubileebk.net |
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com trusteeMSNB73@ecf.epiqsystems.com |

Sarah Dunagan Labosier
on behalf of Creditor NewRez LLC as servicer for Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates sarah.labosier@padgettlawgroup.com, bkcourtmail@smpclaw.com

Thomas C. Rollins, Jr.
on behalf of Joint Debtor Bobbie Ann Willis trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.
on behalf of Debtor Ronnie Layne Willis trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 8